# United States Court of Appeals
## For the First Circuit

No. 15-1719

ALEXANDER YERSHOV,

Plaintiff, Appellant,

v.

GANNETT SATELLITE INFORMATION NETWORK, INC., d/b/a USA TODAY,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on April 29, 2016, is amended as follows:

On page 11, line 22, "Nat'l Org. Marriage v. McKee" is replaced with "Nat'l Org. for Marriage v. McKee"